CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 10 2020

JULIA C. DUDLEY, CLERK
BY: /s/ A. Beeson
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| SANDRA W., | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 7:18-CV-00406 |
| ANDREW SAUL, Commissioner of Social Security, | ) By: Michael F. Urbanski<br>) Chief United States District Judge |
| Defendant. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion entered this date, plaintiff's motion for summary judgment (ECF No. 12) is **DENIED**, the Commissioner's motion for summary judgment (ECF No. 14) is **GRANTED**, the report and recommendation (ECF No. 19) is **ADOPTED in its entirety**, plaintiff's objections (ECF No. 20) are **OVERRULED**, the Commissioner's decision is **AFFIRMED**, and this matter is **DISMISSED** and **STRICKEN** from the active docket of the court.

It is so **ORDERED**.

Entered: 03-10-2020

/s/ Michael F. Urbanski

Michael F. Urbanski
Chief United States District Judge